926

No. 78–5963. TURNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5964. WATSON v. BELL, ATTORNEY GENERAL, ET AL. Ct. App. D. C. Certiorari denied.

No. 78–5966. STRICKLAND v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78–5970. WHELAN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 78–5971. KOZARSKI v. NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 78–5973. CHATMAN v. ROWE, ACTING CORRECTIONS DIRECTOR. C. A. 7th Cir. Certiorari denied.

No. 78–5975. CELAYA-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5980. MATTEO v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 78–5982. BAILEY v. SHEPARD ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–5984. ISAACS ET UX. v. BOARD OF TRUSTEES OF TEMPLE UNIVERSITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–5987. ANDERSON ET UX. v. NEW YORK PROPERTY INSURANCE UNDERWRITING ASSN. C. A. 2d Cir. Certiorari denied.

No. 78–5988. FILLER v. APO ET AL. C. A. 9th Cir. Certiorari denied.